UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

                                   Chapter 11

GOD'S CHARIOTS TO THE
HEAVENLY HIGHWAY,

                                   Case No. 15-11134-MG

              Debtor.

--------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel of record for God's Chariots To The Heavenly Highway (the "Debtor"), and pursuant to Federal Rule of Bankruptcy Procedure 2002 and 11 U.S.C. Section 1109(b), hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the offices and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the instant request is not limited to notices, and includes all documents, pleadings, and correspondence filed in the within proceeding, and includes any and all communications and correspondence pertaining to the instant proceeding.

Dated: June 19, 2015
       Astoria, New York

                                                          /s/Norma E. Ortiz
                                                          Norma E. Ortiz
                                                          ORTIZ & ORTIZ, L.L.P.
                                                          32-72 Steinway Street, Suite 402
                                                          Astoria, New York 11103
                                                          Tel. (718) 522-1117
                                                          Fax. (718) 596-1302
                                                          *Attorneys for the Debtor*