# Ortiz & Ortiz, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz                                                                                               Tel. (718) 522-1117
Norma E. Ortiz*                                                                                              Fax (718) 596-1302
_____                                                                                              email@ortizandortiz.com

Martha de Jesus*

* (Admitted in New York and New Jersey)

July 10, 2015

Judge Martin Glenn
U.S. Bankruptcy Court
One Bowling Green
New York, New York  10004

        **Re:**    **God's Chariots To The Heavenly Highway**
                  **Case No.: 15-11134**

Dear Judge Glenn:

      Your Honor entered a conditional order directing the above-captioned debtor to file a retention application and schedules by today, or its case would be dismissed.  The retention application will be filed today.

      I prepared the schedules for the debtor today after reviewing the records provided to me, and interviewed the debtor's president to confirm the information was accurate.  Unfortunately, after the schedules and Statement of Financial Affairs were completed, the debtor was unavailable to sign all of the documents.  We could not file them with the court without the debtor's president's signatures on all documents.

      We respectfully request that the court permit the debtor to file the schedules and related documents on Monday.

                                                       Very truly yours,

                                                        *Norma E. Ortiz*