ORTIZ & ORTIZ, L.L.P.
32-72 Steinway Street, Ste. 402
Astoria, New York  11103
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

GOD'S CHARIOTS TO THE HEAVENLY                    Case No.: 15-11134-MG
HIGHWAY,

                             Debtor.                                           Chapter 11

-------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007-2

Irma Hernandez, President of God's Chariots to the Heavenly Highway, the above-captioned debtor, hereby swears as follows:

1.  Describe the nature of the business and the circumstances leading to the debtor's filing under chapter 11:  The Debtor was formed as a religious corporation.  However, it did not begin to provide religious services until May 2015.  Before that time, its revenue was generated solely from the rents its collected from the real property it owns at 844 St. Anns Avenue, Bronx, New York (the "Property").  The Debtor's bankruptcy case was caused by its inability to meet its tax obligations to the City of New York.  The Debtor intends to increase its revenue or obtain financing and satisfy its obligations in full.  The Property is not encumbered by a mortgage loan.

2.  If the case originally was commenced under chapter 7 or chapter 13, the name and

1

address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee:   Not applicable.

3.   State the names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description of the circumstances surrounding the formation of the committee and the date of its formation: None.

4.   List the names, addresses, telephone numbers, person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the debtor's 20 largest non-insider unsecured creditors:   See list annexed as Appendix A.

5.   List the names, addresses, telephone numbers, person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the debtor's 5 largest secured creditors:   See list annexed as Appendix A.

6.   Provide a summary of the debtor's assets and liabilities:   See Appendix A.

7.   Provide the number and classes of shares of stock, debentures, or other securities of the debtor that are publicly held, and the number of record holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held:   None.

8.   List of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity, the title of any proceeding relating thereto, and the court in which it is pending:   None.

9. Provide a list of the premises owned, leased, or held under any other arrangement from which the debtor operates its business: None.

10. Describe the location of the debtor's significant assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States: The debtor's books and records, and significant assets, are located in Bronx County. It does not own any assets outside of the United States.

11. Describe the nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent: None.

12. List the names of the debtor's existing senior management, their tenure with the debtor, and a summary of their relevant responsibilities and experience: I am the president of the debtor and a trustee of the debtor. I have served in that capacity since my daughter could no longer serve in that capacity in 2014.

13. List the estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, partners and members) for the 30-day period following the filing of the chapter 11 petition: The Debtor does not have any employees.

14. List the amount to be paid for services in the (30) day period following the filing of the chapter 11 petition, to (A) officers, stockholders, and directors of corporate debtors,(B) individual debtors, (C) partners of partnership debtors, and (D) financial or business consultants retained by the debtor: None.

15. Provide a schedule, for the thirty (30) day period following the filing of the chapter

11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing:   See Appendix A.

      I hereby declare that the foregoing is accurate and true to the best of my knowledge and belief.

Astoria, New York
July 10, 2015

                                                   _____
                                                   Irma Hernandez