UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

GOD'S CHARIOTS TO THE HEAVENLY HIGHWAY,    Case No. 15-11134-MG

                Debtor.    Chapter 11

-------------------------------------------------------X

### ORDER PURSUANT TO SECTION 327 (a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF ORTIZ & ORTIZ, L.L.P. AS ATTORNEYS FOR THE DEBTOR

Upon the application (the "Application") of God's Chariots to the Heavenly Highway (the "Debtor"), as debtor and debtor in possession, dated July 10, 2015, for entry of an order pursuant to 11 U.S.C. § 327(a) authorizing and approving the employment of Ortiz & Ortiz, L.L.P. ("O&O") as its attorneys under a general retainer, and the Declaration of Norma E. Ortiz, Esq., a member of the firm of O&O; and it appearing that the members of O&O are admitted to practice before this Court; and the Court being satisfied that O&O represents no interest adverse to the Debtor and its estate as to the matters upon which it is to be engaged, is disinterested under 11 U.S.C. § 101(14), and that the employment of O&O is necessary and in the best interest of the Debtor and its estate; and due notice of the Application having been given to the United States Trustee, and it appearing that no other or further notice need be given; and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Debtor is authorized to employ O&O as its attorneys under the terms and conditions set forth in the Application; and it is further

**ORDERED**, that the payment of the post-petition retainer by the Debtor, or a third party on the Debtor's behalf, to O&O is approved.  Such funds shall be held in escrow until the Court enters an order awarding compensation and permitting payment to O&O pursuant to 11 U.S.C. §§ 330 and 331; and it is further

**ORDERED**, that prior to any increases in O&O rates, as set forth in paragraph 3 of the Application, for any individual retained by O&O and providing services in these cases, O&O shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee.  The supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether O&O's client has consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

Dated: August 5, 2015
      New York, New York

                                                    /s/**Martin Glenn**
                                                  MARTIN GLENN
                                      United States Bankruptcy Judge

NO OBJECTION:

*s/Brian Masumoto*
Office of the United States Trustee