UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

In re God's Chariots of the Heavenly Highway
     Debtor

Case No. 15-1134

Reporting Period: Jan 2016

Federal Tax I.D. # 46-4799999

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | x | |
|   Copies of bank statements | | x | |
|   Cash disbursements journals | | x | |
| Statement of Operations | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Post-petition Taxes | MOR-4 | x | |
|   Copies of IRS Form 6123 or payment receipt | | | |
|   Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | x | |
|   Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | x | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date 2/12/2016

Signature of Authorized Individual* _____     Date _____

Printed Name of Authorized Individual _____     Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re God's Chariots of the Heavenly Highway          Case No. 15-11134
    Debtor                                            Reporting Period:          Jan 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attr 46-4799999

The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | OPER (#0037) | PAYROLL | TAX | OTHER (Cash on Hand) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 297.48 | | | 2,000.00 | 2,297.48 |
| RECEIPTS | | | | | |
| CASH SALES | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | - |
| LOANS AND ADVANCES | | | | | - |
| SALE OF ASSETS | | | | | - |
| OTHER (ATTACH LIST) | 1,560.00 | | | - | 1,560.00 |
| TRANSFERS (FROM DIP ACCTS) | | | | | - |
| TOTAL RECEIPTS | 1,560.00 | | | - | 1,560.00 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | | | | - |
| PAYROLL TAXES | | | | | - |
| SALES, USE, & OTHER TAXES | | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | | | | | - |
| INSURANCE | | | | | - |
| ADMINISTRATIVE | | | | | - |
| SELLING | | | | | - |
| OTHER (ATTACH LIST) | 816.79 | | | - | 816.79 |
| OWNER DRAW * | | | | | - |
| TRANSFERS (TO DIP ACCTS) | | | | | - |
| PROFESSIONAL FEES | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | 325.00 | | | | 325.00 |
| COURT COSTS | | | | | - |
| TOTAL DISBURSEMENTS | 1,141.79 | | | | 1,141.79 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 418.21 | | | - | 418.21 |
| CASH – END OF MONTH | 715.69 | | | 2,000.00 | 2,715.69 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |

In re God's Chariots of the Heavenly Highway                    Case No. 15 - 11134

| Debtor | Reporting Period: | Jan 2016 |
|---|---|---|
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | | |

In re God's Chariots of the Heavenly Highway     Case No. 15-11 34
    Debtor     Reporting Period: Jan 2016

### List of Additional Transactions Identified

| ACCOUNT NUMBER (LAST 4) | OPER (#0037) | 46-4799999 | TAX | OTHER (Cash on Hand) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| **OTHER RECEIPTS** | | | | | |
| Pledged Contributions | | | | | - |
| Building Use Fees/Rental | 1,560.00 | | | | 1,560.00 |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| **TOTAL OTHER RECEIPTS** | 1,560.00 | | | - | 1,560.00 |
| | | | | | |
| **OTHER DISBURSEMENTS** | | | | | |
| Repairs and Maintenance | 238.79 | | | | 238.79 |
| Utilities | 568.00 | | | | 568.00 |
| Water & Sewer Expense | | | | | - |
| Worship Supplies | | | | | - |
| Office Supplies | | | | | - |
| Bank Charges | 10.00 | | | | 10.00 |
| Poperty Taxes | | | | | - |
| Licenses & Other Fees | | | | | - |
| Charitable Contributions | | | | | - |
| Cable Expense | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| **TOTAL OTHER DISBURSEMENTS** | 816.79 | | | - | 816.79 |

In re God's Chariots of the Heavenly Highway    Case No.    15-11134
     Debtor    Reporting Period:    Jan 2016

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating<br>#0037 | Payroll<br># | Tax<br># | Other<br># |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 715.69 | | | |
| BANK BALANCE | 715.69 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | | | |
| OTHER *(ATTACH EXPLANATION)* | - | | | |
| **ADJUSTED BANK BALANCE \*** | 715.69 | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____
_____
_____
_____
_____

In re God's Chariots of the Heavenly Highway _____    Case No. 15-1134

    Debtor    Reporting Period: _____ Jan 2016

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

46-4799999

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 1,560.00 | 44,330.00 |
| Less: Returns and Allowances | | |
| Net Revenue | 1,560.00 | 44,330.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 1,560.00 | 44,330.00 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | - | 4,538.57 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 238.79 | 2,466.21 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | 25,409.22 |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 568.00 | 3,779.15 |
| Other *(attach schedule)* | 10.00 | 4,762.42 |
| Total Operating Expenses Before Depreciation | 816.79 | 40,955.57 |
| Depreciation/Depletion/Amortization | 448.75 | 5,833.75 |
| Net Profit (Loss) Before Other Income & Expenses | 294.46 | (2,459.32) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | - | 4,682.71 |
| Other Expense *(attach schedule)* | - | |
| Net Profit (Loss) Before Reorganization Items | 294.46 | (7,142.03) |

In re God's Chariots of the Heavenly Highway      Case No. 15-11134

**Debtor**      Reporting Period:      Jan 2016

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | 325.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | 325.00 | 650.00 |
| Income Taxes | | |
| Net Profit (Loss) | (30.54) | (7,142.03) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Water & Sewer Expense | - | 3,605.33 |
| Worship Supplies | - | 662.37 |
| Office Supplies | - | 113.54 |
| Bank Charges | 10.00 | 191.50 |
| Cable Expense | - | 189.68 |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| Licenses & Other Fees | | 130.65 |
| Charitable Contributions | | 200.00 |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re God's Chariots of the Heavenly Highway _____     Case No. ___15-11134___

Debtor     Reporting Period: ___Jan 2016___

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | 46-4799999 | |
| Unrestricted Cash and Equivalents | 2,716 | 2,297 | 2,000 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | 2,716 | 2,297 | 2,000 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 323,100 | 323,100 | 323,100 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | 10,546 | 10,097 | 6,956 |
| TOTAL PROPERTY & EQUIPMENT | 312,554 | 313,003 | 316,144 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | - | - | - |
| TOTAL ASSETS | 315,270 | 315,301 | 318,144 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 223,227 | 223,227 | 218,547 |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | 1,000 | 1,000 | |
| TOTAL POST-PETITION LIABILITIES | 224,227 | 224,227 | 218,547 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| TOTAL PRE-PETITION LIABILITIES | | | |
| TOTAL LIABILITIES | - | - | - |

In re God's Chariots of the Heavenly Highway      Case No. _15-1134_
Debtor      Reporting Period: _____ Jan 2016 _____

| *OWNERS' EQUITY* | | | |
|---|---|---|---|
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | 91,043 | 91,073 | 99,598 |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition  Contributions *(attach  schedule)* | | | |
| *NET OWNERS' EQUITY* | 91,043 | 91,073 | 99,598 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 315,270 | 315,301 | 318,144 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re God's Chariots of the Heavenly Highway    Case No. __15-1134__
          Debtor                                Reporting Period: _____Jan 2016_____

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Loan from Trustee | 1,000 | 1,000 | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition  Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re God's Chariots of the Heavenly Highway     Case No. _15-1134_

     Debtor            Reporting Period: _Jan 2016_

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | 233,683.56 | | 10,456 | 12/14/2015 | 118 & 119 | 223,227.25 |
| Personal Property | | | | | | - |
| Other: | | | | | | |
| Total State and Local | 233,683.56 | | 10,456.31 | | | 223,227.25 |
| | | | | | | |
| **Total Taxes** | 233,683.56 | - | 10,456.31 | - | - | 223,227.25 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | 223,227.25 | 223,227.25 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | - | | - | | 223,227.25 | 223,227.25 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

In re _____
    Debtor

Case No. _____
Reporting Period: _____ Jan 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re _____          Case No. _____ 15-11134
      **Debtor**                          Reporting Period: _____ Jan 2016

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re God's Chariots of the Heavenly Highway

Case No. 15-1134

Debtor

Reporting Period: January 2016

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | x | |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | | x |
| 11 | Are any other post petition taxes past due? | | x |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | |

 **Bank**

America's Most Convenient Bank®

T          STATEMENT OF ACCOUNT

GODS CHARIOTS TO THE HEAVENLY HIGHWAY
578 E 161 STREET
BRONX NY 10456

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jan 01 2016-Jan 31 2016 |
| Cust Ref #: | ▮▮▮713-T-### |
| Primary Account #: | ▮▮▮▮▮▮ |

## TD Business Simple Checking
GODS CHARIOTS TO THE HEAVENLY HIGHWAY

Account # ▮▮▮▮▮

### WE NOW CHARGE A MONTHLY FEE FOR PAPER STATEMENTS.
ON JANUARY 1, 2016, WE BEGAN CHARGING A $2.00 MONTHLY FEE FOR PAPER TO SUPPORT OUR EFFORTS TO
"GO GREEN" AND AVOID THIS FEE GOING FORWARD, LOG IN TO TDBANK.COM/BUSINESSDIRECT AND SIGN UP FOR
ONLINE STATEMENTS ONLY. IF YOU DON'T USE ONLINE BANKING NOW, SIGN UP FOR TD BANK BUSINESSDIRECT
FIRST. THIS FEE DOESN'T APPLY IF YOU ONLY RECEIVE ONLINE STATEMENTS ALREADY. QUESTIONS? CALL
1-888-751-9000.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 297.48 | | |
| Deposits | 1,560.00 | Average Collected Balance | 1,067.32 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 893.00 | Days in Period | 31 |
| Electronic Payments | 238.79 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 715.69 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 1/11 | DEPOSIT | | 900.00 |
| 1/11 | DEPOSIT | | 660.00 |
| | | Subtotal: | 1,560.00 |

**Checks Paid**          No. Checks: 2          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 1/20 | 120 | 325.00 |
| 1/28 | 121 | 568.00 |
| | Subtotal: | 893.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 1/11 | DEBIT CARD PURCHASE, AUT 010816 VISA DDA PUR *plumbing* | | 30.44 |
| | NUNEZ DEPOT 3085        BRONX      * NY | | |
| | 4085404011704156 | | |
| 1/22 | DEBIT POS, AUT 012216 DDA PURCHASE —— *bldg. maint* | | 208.35 |
| | NST THE HOME DEPOT 560    BRONX    * NY | | |
| | 4085404011704156 | | |
| | | Subtotal: | 238.79 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/29 | MAINTENANCE FEE | 8.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured, TD Bank, N.A. | Equal Housing Lender    



Account:
Amount: 325.00
PostDate: 20160120
Tran_ID: 573220151
CheckNum: 120
DIN: 573220236
ReturnReasonDescription:
ECEItemSeqNum: 9666125778



Account:
Amount: 325.00
PostDate: 20160120
Tran_ID: 573220151
CheckNum: 120
DIN: 573220236
ReturnReasonDescription:
ECEItemSeqNum: 9666125778

 **Bank**

America's Most Convenient Bank®

GODS CHARIOTS TO THE HEAVENLY HIGHWAY

STATEMENT OF ACCOUNT

Page:                                              3 of 3
Statement Period:        Jan 01 2016-Jan 31 2016
Cust Ref #:                   4319390037-713-T-###
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

Service Charges (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/29 | PAPER STATEMENT FEE | 2.00 |
| | Subtotal: | 10.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 297.48 | 1/22 | 1,293.69 |
| 1/11 | 1,827.04 | 1/28 | 725.69 |
| 1/20 | 1,502.04 | 1/29 | 715.69 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Depos is FDIC Insured | TD Bank, N.A. | Equal Housing Lender   



Account:
Amount: 568.00
PostDate: 20160128
Tran_ID: 554834566
CheckNum: 121
DIN: 554835286
ReturnReasonDescription:
ECEItemSeqNum: 002670445859

00. 3145830002004105
J.P. Morgan Bank, N.A.
FOR DEPOSIT ONLY CON EDISON

Account:
Amount: 568.00
PostDate: 20160128
Tran_ID: 554834566
CheckNum: 121
DIN: 554835286
ReturnReasonDescription:
ECEItemSeqNum: 002670445859